IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY MENDICINO, et al.      :        CIVIL ACTION
                               :
       v.                      :
                               :
LOTUS ORIENT CORP., et al.     :        NO. 10-1867

                            ORDER

       AND NOW, this 19th day of October, 2010, upon consideration of the plaintiff's complaint (docket entry # 1), defendants' motion to dismiss pursuant (docket entry # 9), and plaintiff's response (docket entry # 11), it is hereby ORDERED that:

       1.   Defendants' motion to dismiss (docket entry # 9) is GRANTED IN PART and DENIED IN PART;

       2.   Defendants' motion to dismiss plaintiff Jeffrey Mendicino pursuant to Fed. R. Civ. P. 12(b)(1) is GRANTED and the Clerk shall DELETE him from the caption of this case;

       3.   Defendants' motion to dismiss defendant Jing Wu from this action pursuant to Fed. R. Civ. P. 12(b)(2) is GRANTED;

       4.   Defendants' motion to dismiss Count VI pursuant to Fed. R. Civ. P. 12(b)(6) is DENIED WITHOUT PREJUDICE;

       5.   In all other respects defendants' motion to dismiss is DENIED; and

6. Defendants shall RESPOND to plaintiff's complaint by November 2, 2010.

BY THE COURT:

\_\_\s\Stewart Dalzell